UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>PURCHASE AMERICA, INC.,<br><br>Defendant. | C.A. No. 05-10459 DPW |

FILED
IN CLERKS OFFICE
2005 MAR 18 P 12: 17
U.S. DISTRICT COURT
DISTRICT OF MASS

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Leonard Paollella, General Manager, Purchase America, Inc., on March 15, 2005, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 17th day of March 2005.

_____
Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976



UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

CMG

Purcinsether

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10