UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                                            )
                        Plaintiff,                        )
                                                            )          C.A. No. 05-10459 DPW
v.                                                         )
                                                            )
PURCHASE AMERICA, INC.,             )
                                                            )
                        Defendant,                      )
_____)

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

        Plaintiff in the above action agrees that the time for Defendants to file an answer to

Plaintiff's Complaint may be extended up to and including April 25, 2005 as the matter was

recently referred to counsel for defendant.


Dated:  March 29, 2005                    Respectfully submitted,

                                                    Catherine M. Campbell
                                                    BBO #549397629444
                                                    Feinberg, Campbell & Zack, P.C.
                                                    177 Milk Street
                                                    Boston, MA 02109
                                                    (617) 338-1976


                                                    /s/ Catherine M. Campbell_____
                                                    Attorney for Plaintiff

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Don Schroeder, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, PC, 1 Financial Center, Boston, MA 02111
.


/s/Catherine M. Campbell

Date: March 29, 2005                    Catherine M. Campbell