UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>PURCHASE AMERICA, INC.,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-10459 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including May 27, 2005. An extension is requested in order to allow additional time for settlement discussions.

Dated: May 19, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Catherine M. Campbell
Attorney for Plaintiff

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Don Schroeder, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, PC, 1 Financial Center, Boston, MA 02111.

/s/Catherine M. Campbell
Date:  May 19, 2005            Catherine M. Campbell