UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> PURCHASE AMERICA, INC., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) )      C.A. No. 05-10459 DPW |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant Purchase America, Inc. in the above-captioned action. Defendants were served with the complaint and summons on March 11, 2005.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: September 27, 2005               Respectfully submitted,

                                                     Catherine M. Campbell
                                                     BBO #549397
                                                     Feinberg, Campbell & Zack, P.C.
                                                     177 Milk Street
                                                     Boston, MA 02109
                                                     (617) 338-1976


                                                     /s/ Catherine M. Campbell_____
                                                     Attorney for Plaintiff
                                                     Charles Langone, Fund Manager

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Don Schroeder, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, PC, 1 Financial Center, Boston, MA 02111.

.                                      /S/ Catherine M. Campbell
                                         Catherine M. Campbell