UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Charles Langone                  )
as Fund Manager of the New       )
England Teamsters and            )
Trucking Industry Pension Fund)
     Plaintiffs,                 )
                                 )
      v.                         )   CIVIL ACTION
                                 )   NO.05-cv-10459-DPW
                                 )
Purchase America Inc.            )
     Defendant.                  )
```

## NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Purchase America Inc.,** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Purchase America Inc.** have been defaulted this **28th day of September 2005.**

```
                         Sarah A. Thornton
                         Clerk

                   by:  _/s/ Richard Nici_____
                         Deputy Clerk
```