UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PURCHASE AMERICA, INC., ) <br> ) <br> Defendant, ) <br> ) | C.A. No. 05-10459 DPW |

**MOTION TO EXTEND THE TIME TO FILE PLAINTIFF'S**
**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff, Charles Langone, and hereby moves this Honorable Court to extend the time for Plaintiff to file Motion for Default Judgment from October 28, 2005 to November 10, 2005. As grounds therefore, the parties anticipate a settlement of the matter within this time period.

WHEREFORE, Plaintiff, Charles Langone, requests an approval of the requested extension to November 10, 2005.

Dated: October 27, 2005            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　BBO #549397
　　　　　　　　　　　　　　　　　　　Feinberg, Campbell & Zack, P.C.
　　　　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 338-1976

　　　　　　　　　　　　　　　　　　　/s/ Catherine M. Campbell_____
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Don Schroeder, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, PC, 1 Financial Center, Boston, MA 02111.
.

                                                  /s/Catherine M. Campbell
Date: October 27, 2005                   Catherine M. Campbell