UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>    Plaintiff,<br><br>v.<br><br>PURCHASE AMERICA, INC.,<br><br>    Defendant, | C.A. No. 05-10459 DPW |

**MOTION TO REOPEN CLAIM**

This action involves the payment of delinquent pension contributions to the New England Teamsters and Trucking Industry Pension Fund pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, et seq. The case was dismissed on November 14, 2005 with the understanding that the matter would be reopened if a settlement was not reached in thirty days. To date, the payments to the Fund have not been made. For this reason, Plaintiff respectfully requests that the matter be reopened and the defendant be required to file an Answer to the Complaint within ten (10) days

Dated:  December 14, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff
Charles Langone, Fund Manager

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Don Schroeder, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, PC, 1 Financial Center, Boston, MA 02111.

Dated: December 14, 2005              /S/ Catherine M. Campbell
                                            Catherine M. Campbell


Rule 7.1 Certificate

      I, Catherine M. Campbell, counsel for Plaintiff in the above-captioned matter, hereby certify that I have attempted to confer with counsel for the Defendant in the above-captioned matter and attempted in good faith to resolve or narrow the issues.

                                            /S/ Catherine M. Campbell
                                            Catherine M. Campbell